JAMES H. WHORTON et al., Respondents, *v.* VINCENZO ANDRETTA et al., Appellants.

(Submitted April 17, 1936; decided May 19, 1936.)

*Arthur B. Ewig* for appellants.

*James E. Carroll* for respondents.

Appeal dismissed, with costs, as the order appealed from is not a final determination. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.